■ MARK G. CASSARA, Appellant, v NATIONWIDE MUTUAL INSURANCE COMPANY, Respondent.—Order unanimously reversed on the law without costs and motion denied. Memorandum: Supreme Court erred in granting defendant's motion to compel plaintiff to submit to further discovery in this declaratory judgment action. On a prior appeal we held that defen-

dant, as an excess carrier, had the duty to defend and indemnify plaintiff with respect to plaintiff's operation of a non-owned vehicle involved in an accident *(Cassara v Nationwide Mut. Ins. Co.,* 144 AD2d 974, 975). There is no need for further discovery on the issue whether plaintiff was using the vehicle for a business purpose because our finding in the prior appeal that the disclaimer was insufficient as a matter of law obligated defendant to defend and indemnify plaintiff. All other issues on that appeal were subsumed within our analysis and holding on the disclaimer issue *(see, Technicon Elecs. Corp. v American Home Assur. Co.,* 141 AD2d 124, *affd* 74 NY2d 66, 76). (Appeal from order of Supreme Court, Monroe County, Willis, J.—discovery.) Present—Dillon, P. J., Denman, Green, Pine and Lowery, JJ.